Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| **STEEL DYNAMICS, INC. AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>**Court No. 26-00754** |
|---|---|

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.




/s/ Gina Justice
Clerk of the Court

1. Plaintiffs in this action are Steel Dynamics, Inc., a manufacturer or producer in the United States of the domestic like product (corrosion-resistant steel), and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, a certified union of workers which is representative of an industry engaged in the manufacture, production, or wholesale in the United States of the domestic like product. Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C) and (D). Plaintiffs were petitioners and active participants in the investigation before the U.S. Department of Commerce ("Commerce") that resulted in the final determination being challenged in this action. Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

(Name and standing of plaintiff)

2. Plaintiffs contest certain findings of fact and conclusions of law made by Commerce in the published final determination in the antidumping duty investigation of certain corrosion-resistant steel products from Taiwan. *See Certain Corrosion-Resistant Steel Products From Taiwan: Final Affirmative Determination of Sales at Less Than Fair Value*, 90 Fed. Reg. 42,210 (Dep't Commerce Aug. 29, 2025). This determination is being contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

(Brief description of contested determination)

3. The contested final determination was issued on August 25, 2025.

(Date of determination)

4. The contested final determination was published in the Federal Register on August 29, 2025. *See Certain Corrosion-Resistant Steel Products From Taiwan: Final Affirmative Determination of Sales at Less Than Fair Value*, 90 Fed. Reg. 42,210 (Dep't Commerce Aug. 29, 2025). The antidumping duty order based on the final determination was published in the Federal Register on December 19, 2025. *See Corrosion-Resistant Steel Products From Brazil and Mexico: Amended Final Antidumping Duty Determination; Corrosion-Resistant Steel Products From Australia, Brazil, Canada, Mexico, the Netherlands, South Africa, Taiwan, the Republic of Türkiye, the United Arab Emirates, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 59,494 (Dep't Commerce Dec. 19, 2025).

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeffrey D. Gerrish
Signature of Plaintiff's Attorney

January 20, 2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jeffrey D. Gerrish
Schagrin Associates
900 Seventh Street, N.W., Suite 500
202-223-1700
jgerrish@schagrinassociates.com

**SEE REVERSE SIDE**

**FORM 3-3**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y. 10278

Patricia M. McCarthy
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, D.C. 20530

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230

Pierre Gentin, General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230