**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

<table>
<tr>
<td>

**STEEL DYNAMICS, INC. AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

</td>
<td>

**Before: Hon. Gary S. Katzmann**
           **Judge**

**Court No. 26-00754**

</td>
</tr>
</table>

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, Nucor Corporation ("Nucor"), by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as plaintiff-intervenor.

Steel Dynamics, Inc. and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFLCIO, CLC, (collectively, "Plaintiffs") instituted this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) to contest the U.S. Department of Commerce's ("Commerce") determination in the sales at less-than-fair-value ("LTFV") investigation of certain corrosion resistant steel products from Taiwan. *See Certain Corrosion Resistant Steel Products from Taiwan,* 90 Fed. Reg. 42,210 (Dep't Commerce Aug. 29, 2025) (final affirm. deter. of sales at less than fair value); *see also* Issues and Decision Memorandum accompanying *Certain Corrosion Resistant Steel Products From the Taiwan,* 90 Fed. Reg. 42,210 (Dep't Commerce Aug. 29, 2025) (final affirm. deter. of sales at less than fair value).

Ct. No. 26-00754

Nucor may intervene in this action as a matter of right. Pursuant to 28 U.S.C. § 2631(j)(1), anyone who "would be adversely affected or aggrieved by a decision in a civil action pending in the Court of International Trade" may seek to intervene in that action. *See* 28 U.S.C. § 2631(j)(1). Moreover, in a civil action under 516A of the Act, *codified as amended at* 19 U.S.C. § 1516a, "an interested party who was a party to the proceeding in connection with which the matter arose . . . may intervene as a matter of right." 28 U.S.C. § 2631(j)(1)(B).

Nucor is a domestic producer of certain corrosion resistant steel products and actively participated in the LFTV investigation that is the subject of this appeal. Accordingly, Nucor is a domestic interested party within the meaning of 19 U.S.C. §§ 1677(9)(C), 1516a(d), 1516a(f)(3) and is a party to the proceeding under 19 C.F.R. § 351.102(b)(36). Thus, Nucor may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Nucor moves to intervene on the side of the Plaintiffs, in support of challenge to the final results of the subject LFTV investigation by Commerce.

Plaintiffs filed a complaint in this action on February 19, 2026. *See* Compl. (Feb. 19, 2026), ECF No. 9. This motion is being made within thirty days after the date of service of Plaintiffs' complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for Nucor have consulted with the parties to this action concerning this motion. Counsel for Plaintiffs, Jeffrey D. Gerrish of Schagrin Associates, consented to this motion by email on March 9, 2026. Counsel for Defendant, An Hoang of the U.S. Department of Justice, consented to this motion by email on March 18, 2026.

**Ct. No. 26-00754**

Therefore, we respectfully request that the Court grant Nucor's consent motion to intervene as a matter of right as plaintiff-intervenor in the above-captioned action.

Respectfully submitted,

*/s/ Alan H. Price*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Stephanie M. Bell, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Nucor Corporation*

Dated:  March 19, 2026

3

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

<table>
<tr><td>

STEEL DYNAMICS, INC. AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,

Plaintiffs,

v.

UNITED STATES,

Defendant.
</td><td>

Before: Hon. Gary S. Katzmann
Judge

Court No. 26-00754
</td></tr>
</table>

**ORDER**

Upon consideration of the consent motion of Nucor Corporation ("Nucor"), to intervene as a matter of right as plaintiff-intervenor in the above-captioned action, it is hereby

**ORDERED**, that Nucor's consent motion to intervene is granted, and it is further

**ORDERED**, that Nucor be entered as plaintiff-intervenor in the above-captioned action.

_____
Judge Gary S. Katzmann

Dated: _____
New York, New York