## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr><td>

**STEEL DYNAMICS, INC. AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,**

               **Plaintiffs,**

      **v.**

**UNITED STATES,**

               **Defendant.**

</td><td>

**Before: Hon. Gary S. Katzmann**
       **Judge**

**Court No. 26-00754**

</td></tr>
</table>

## ORDER

Upon consideration of the consent motion of Nucor Corporation ("Nucor"), to intervene as a matter of right as plaintiff-intervenor in the above-captioned action, it is hereby

**ORDERED**, that Nucor's consent motion to intervene is granted, and it is further

**ORDERED**, that Nucor be entered as plaintiff-intervenor in the above-captioned action.

 

/s/      Gary S. Katzmann
_____
      Judge Gary S. Katzmann

Dated: March 20, 2026
      New York, New York